# Third District Court of Appeal

## State of Florida

Opinion filed August 6, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1840
Lower Tribunal No. 23-22426-CA-01

_____

**Francisco A. Monteagudo,**
Appellant,

vs.

**William M. Bustamante, Esq.**,
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Lorium Law, and Joseph D. Garrity (Fort Lauderdale), for appellant.

Marlow Adler Abrams & Rotunno, and Philip E. Glatzer, and Jose Valdes, for appellee.

Before GORDO, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.